Patrice L. Bishop (182256)
service@ssbla.com
STULL, STULL & BRODY
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:    (310) 209-2468
Fax:   (310) 209-2087

Jules Brody
Aaron L. Brody
Tzivia Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:    (212) 687-7230
Fax:   (212) 490-2022

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY ZUCKER, on Behalf of Himself and All Others Similarly Situated,<br><br>         Plaintiff,<br><br>   v.<br><br>ZORAN CORPORATION, UZIA GALIL, LEVY GERZBERG, KARL SCHNEIDER, ISAAC SHENBERG, RAYMOND A. BURGESS, JAMES D. MEINDL, JAMES B. OWENS, JR., DAVID RYNNE, ARTHUR B. STABENOW, PHILIP M. YOUNG,<br><br>         Defendants.<br>_____ | **CASE NO. C06-04843 WHA**<br><br>**CLASS ACTION**<br><br>**STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>DATE:     November 9, 2006<br>TIME:      11:00 a.m.<br>JUDGE:   Honorable William H. Alsup<br>CTRM:    9, 19th Floor |

Counsel for Plaintiff Murray Zucker, Stull, Stull & Brody and Counsel for Defendants, Fenwick & West LLP, for the reasons outlined *infra*, respectfully request this Court continue the Initial Case Management Conference scheduled for November 9, 2006.

WHEREAS, there are currently three derivative actions, related to this action, pending before Magistrate Judge Patricia V. Trumball;

WHEREAS, the three related derivative actions were related to each other pursuant to the Related Case Order filed in earliest filed related case *NECA-IBEW Pension Fund, etc. v. Galil, et al.*, Case No. 06-03742 PVT (the "*NECA-IBEW* Action"), on October 24, 2006;

WHEREAS, Counsel for Plaintiff and Counsel for Defendants agree that the above-entitled action should be deemed related to the *NECA-IBEW* Action and the two derivative actions, *Pfeiffer v. Zoran Corporation, et al.*, Case No. 06-05503 PVT, and *Rosario v. Aharon, et al.*, Case No. 06-05949 PVT, currently pending before Magistrate Judge Trumball;

WHEREAS, pursuant Local Rules 3-12 and 7-11, counsel for plaintiff Zucker is concurrently filing an Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion"), and supporting documents, on November 6, 2006 in the *NECA-IBEW* Action;

WHEREAS, plaintiffs' counsel learned, shortly after 12 noon on November 6, 2006, that Fenwick & West LLP would now be representing Defendants in the place of DLA Piper US LLP, the firm which plaintiffs' counsel had been previously communicating with regards to this action;

WHEREAS, Fenwick & West LLP is still familiarizing themselves with this action;

WHEREAS, Lead Plaintiff and Lead Counsel have not yet been appointed pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, and indeed those motions ("Lead Plaintiff/Counsel Motions") are currently pending before this Court and noticed for hearing on November 30, 2006;

//

//

1

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
W:\STULL\ZORAN\PLD\CMC Stip.001.wpd

1  The parties respectfully request this Court continue the Initial Case Management Conference
2  for at least 30 days until after resolution of the Administrative Motion and Lead Plaintiff/Lead
3  Counsel Motions.

4  **IT IS SO STIPULATED.**

6  **<u>ATTESTATION OF PATRICE L. BISHOP</u>**

7  I, Patrice L. Bishop, hereby attest that the contents of this document are acceptable to all
8  persons required to sign it.  I further attest that I have on file all holograph signatures for any
9  signatures indicated by a "conformed" signature (/s/) within this efiled document.

11  Patrice L. Bishop
    STULL, STULL & BRODY

14  Dated: November 6, 2006         By:         / s /
                                          Patrice L. Bishop
                                          10940 Wilshire Boulevard
15                                        Suite 2300
                                          Los Angeles, CA  90024
16                                        Tel:   (310) 209-2468
                                          Fax:   (310) 209-2087

    Jules Brody
18  Aaron L. Brody
    Tzivia Brody
19  STULL, STULL & BRODY
    6 East 45th Street
20  New York, NY 10017
    Tel:   (212) 687-7230
21  Fax:   (212) 490-2022

22  **Attorneys for Plaintiff**

23  //
24  //
25  //

2

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
W:\STULL\ZORAN\PLD\CMC Stip.001.wpd

```
                                        Jay L. Pomerantz
                                        Felix S. Lee
                                        FENWICK & WEST LLP
```

Dated: November 6, 2006         By:         / s /
                                        Jay L. Pomerantz
                                        Fenwick & West LLP
                                        801 California Street
                                        Mountain View, CA  94041
                                        Tel:    (619) 988-8500
                                        Fax:    (619) 938-5200

**Attorneys for Defendants**

# [Proposed] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the initial Case Management Conference scheduled for November 9, 2006, is hereby continued until December 7, 2006, at 11:00 a.m. There will be no further continuances.

**IT IS SO ORDERED.**

Dated: November 7, 2006.

_____
Honorable
United States

IT IS SO ORDERED
Judge William Alsup

3

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
W:\STULL\ZORAN\PLD\CMC Stip.001.wpd

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)ss.:
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 10940 Wilshire Boulevard, Suite 2300, Los Angeles, CA 90024.

On November 6, 2006, I served the document(s) described as:

**STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

by placing a true copy(ies) thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

I served the above document(s) as follows:

<u>xx</u>  BY MAIL. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in an affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 6, 2006, at Los Angeles, California 90024.

<u>MELANIE JACOBS</u>                             <u>        /s/        </u>
Type or Print Name                                    Signature

4

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
W:\STULL\ZORAN\PLD\CMC Stip.001.wpd

## SERVICE LIST

| | |
|---|---|
| Jules Brody<br>Aaron L. Brody<br>Tzvia Brody<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br>Tel:   (212) 687-7230<br>Fax:  (212) 490-2022<br><br>Joseph H. Weiss<br>WEISS & LURIE<br>551 Fifth Avenue<br>Suite 1600<br>New York, NY 10176<br>Tel:   (212) 682-3025<br>Fax:  (212) 682-3010<br><br>Patrick O'Hara<br>CAVANAGH & O'HARA<br>407 East Adams Street<br>Springfield, IL 62701<br>Tel:   (217) 544-1771<br>Fax:  (217) 544-9894<br><br>**Attorneys for Plaintiffs** | Jay L. Pomerantz<br>jpomerantz@fenwick.com<br>Felix S. Lee<br>flee@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Tel:   (619) 988-8500<br>Fax:  (619) 938-5200<br><br>**Attorneys for Defendants** |

5

STIP. REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
W:\STULL\ZORAN\PLD\CMC Stip.001.wpd