**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY ZUCKER,<br><br>    Plaintiff,<br><br>  v.<br><br>ZORAN CORPORATION, ET AL,<br><br>    Defendant.<br>                                                             / | No. C 06-04843 WHA<br><br>**ORDER (1) REMINDING PLAINTIFFS OF LEAD-PLAINTIFF HEARING AND (2) REQUESTING INFORMATION FROM LEAD-PLAINTIFF CANDIDATES** |

All motions to appoint a lead plaintiff shall be heard on May 12, 2005 at 8:00 a.m. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. The Court requests that lead-plaintiff candidates complete and file the appended court questionnaire by noon on December 6, 2006, including the certification called for therein. Each candidate for lead plaintiff must attend the hearing on December 7, 2006, and be prepared to answer questions.

Applications for class counsel shall be deferred until after lead plaintiff has been appointed.

**IT IS SO ORDERED.**

Dated:  November 28, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\WHAALL\2006Civ\06-04843 Zucker\requesting lead plaintiff info.2.wpd