IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MURRAY ZUCKER,

    Plaintiff,

  v.

ZORAN CORPORATION, ET AL,

    Defendant.

No. C 06-04843 WHA

**ORDER CLARIFYING REQUEST FOR INFORMATION FROM LEAD-PLAINTIFF CANDIDATES**

The order filed by this Court on November 28, 2006 requesting information from lead-plaintiff candidates stated that the hearing for motions to appoint a lead plaintiff is on May 12, 2005. This was in error. The hearing is on **DECEMBER 7, 2006, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: November 28, 2006

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE