**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MURRAY ZUCKER, and MIDDLESEX
RETIREMENT SYSTEMS, on behalf of
himself and all others similarly situated,

        Plaintiffs,

   v.

ZORAN CORPORATION, UZIA GALIL,
LEVY GERZBERG, KARL SCHNEIDER,
ISAAC SHENBERG, RAYMOND A.
BURGESS, JAMES D. MEINDL, JAMES B.
OWENS, JR., DAVID RYNNE, ARTHUR B.
STABENOW, PHILIP M. YOUNG,

        Defendants.

_____/

No. C 06-04843 WHA

**ORDER RE ADDITION OF
CAPITALIA ASSET
MANAGEMENT SGR SPA AS A
PLAINTIFF**

     The Court issued an order on December 11, 2006, appointing Middlesex Retirement

Systems as the sole lead plaintiff in this action.  The consolidated amended class-action

complaint also names Capitalia Asset Management SGR SpA as a plaintiff.

     Plaintiff must show cause why Capitalia Asset Management should not be dismissed

from the complaint by **FEBRUARY 12, 2007, AT 8:00 A.M.**

     **IT IS SO ORDERED.**

Dated:  February 8, 2007

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE