United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   MURRAY ZUCKER, and MIDDLESEX              No. C 06-04843 WHA
     RETIREMENT SYSTEMS, on behalf of
11   himself and all others similarly situated,

12              Plaintiffs,                       **ORDER RE LEAD PLAINTIFF'S**
                                                  **MEMORANDUM REGARDING**
13      v.                                        **THE ADDITION OF CAPITALIA**
                                                  **AS A PLAINTIFF**
14   ZORAN CORPORATION, UZIA GALIL,
     LEVY GERZBERG, KARL SCHNEIDER,
15   ISAAC SHENBERG, RAYMOND A.
     BURGESS, JAMES D. MEINDL, JAMES B.
16   OWENS, JR., DAVID RYNNE, ARTHUR B.
     STABENOW, PHILIP M. YOUNG,
17
                Defendants.
18                                          /

19

20        The Court has received lead plaintiff's memorandum in response to the order to show

21   cause dated February 8, 2007.  Defendants shall have until TUESDAY, FEBRUARY 20, AT NOON,

22   to file any responses.

23

24        **IT IS SO ORDERED.**

25

26   Dated: February 14, 2007          _____
                                       WILLIAM ALSUP
27                                     UNITED STATES DISTRICT JUDGE

28