1   MICHAEL A. SANDS (CSB No. 178788)
    **FENWICK & WEST LLP**
2   Silicon Valley Center
    801 California Street
3   Mountain View, CA  94041
    Telephone: (650) 988-8500
4   Facsimile: (650) 938-5200
    Email: msands@fenwick.com
5
    *Attorneys for Defendants Zoran Corporation, Uzia Galil, Levy*
6   *Gerzberg, Karl Schneider, Raymond A. Burgess, James D.*
    *Meindl, James B. Owens, Jr., David Rynne, Arthur B.*
7   *Stabenow, Camillo Martino and Philip M. Young*

8
    IRA A. SCHOCHET, *admitted pro hac vice*
9   CHRISTOPHER J. KELLER, *admitted pro hac vice*
    NICOLE M. ZEISS, *admitted pro hac vice*
10  **LABATON SUCHAROW & RUDOFF LLP**
    100 Park Avenue, 12th Floor
11  New York, New York  10017
    Telephone:  (212) 907-0700
12  Facsimile:  (212) 818-0477
    Email: info@labaton.com
13
    *Lead Counsel for Lead Plaintiff and the Class*
14

15              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
16  _____
                                                )
17  MURRAY ZUCKER and MIDDLESEX                 )   No. 3:06-cv-04843-WHA
    RETIREMENT SYSTEM on behalf of              )
18  themselves and all others similarly situated, )  <u>CLASS ACTION</u>
                                                )
19              Plaintiff,                       )   Honorable William H. Alsup
                                                )
20  v.                                           )
                                                )
21  ZORAN CORPORATION, UZIA GALIL,              )
    LEVY GERZBERG, KARL SCHNEIDER,              )
22  RAYMOND A. BURGESS, JAMES D.                )
    MEINDL, JAMES B. OWENS, JR., DAVID          )
23  RYNNE, ARTHUR B. STABENOW, AHARON           )
    AHARON, CAMILLO MARTINO AND                 )
24  PHILIP M. YOUNG,                            )
                                                )
25              Defendants.                      )
                                                )
26  _____)

27  **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CAPTION AND**
28            **CLARIFY CASE MANAGEMENT SCHEDULE**

WHEREAS, the parties have conferred regarding the caption and case schedule in this Action;

WHEREAS, Murray Zucker, the named plaintiff in the original caption, was not appointed lead plaintiff;

WHEREAS, the Consolidated Second Amended Complaint names additional defendants not named in the initial complaint filed by Murray Zucker;

WHEREAS, the parties believe a modified caption would serve the purposes of efficiency and accuracy;

WHEREAS, the Court's February 9, 2007 Case Management Order contains dates for mediation (paragraph 3) and motion for class certification (paragraph 4);

WHEREAS, on January 29, 2007 the Court issued an Order to Extend the Time to Select a Mediator and Complete Mediation in *In re Zoran Corporation Derivative Litigation*, Case No. C 06-05503 WHA, continuing the deadlines for mediation pending resolution of Defendants' Motion to Dismiss, which the parties agree and respectfully submit should also apply to this case;

WHEREAS, the parties agree and respectfully submit that the provisions of the Private Securities Litigation Reform Act ("PSLRA") staying certain proceedings pending a motion to dismiss applies to any motion for class certification in this case;

WHEREAS, the parties agree to, and respectfully request that the Court allow, a period of at least 45 days following a decision on Defendants' Motion to Dismiss in which to conduct discovery relating to class certification issues before any motion for class certification is filed;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOW THEREFORE, the parties hereby stipulate as follows:

1.     The caption in this Action should be modified to read:

|  | ) |  |
|---|---|---|
| IN RE ZORAN CORPORATION SECURITIES | ) | No. CV 06-04843 WHA |
| LITIGATION | ) | |
|  | ) | <u>CLASS ACTION</u> |

2.     The dates for mediation set forth in paragraph 3 of the February 9, 2007 Case Management Order are hereby modified as set forth in the Court's January 29, 2007 Order to Extend the Time to Select a Mediator and Complete Mediation entered in *In re Zoran Corporation Derivative Litigation*, Case No. C 06-05503 WHA. The deadline to select a mediator is continued from January 31, 2007 to 30 days after the decision by the Court on Defendants' Motion to Dismiss and the date to complete the private mediation is continued from March 31, 2007 to 60 days after the selection of a mediator.

3.     The dates for any motion for class certification set forth in paragraph 4 of the February 9, 2007 Case Management Order are hereby continued, pursuant to the provisions of the Private Securities Litigation Reform Act, until after Defendants' Motion to Dismiss is decided. The deadline for filing any motion for class certification shall be ~~45~~ 30 days after the decision by the Court on Defendants' Motion to Dismiss, to be heard on a 35-day track. During this ~~45~~ 30-day period, the parties shall conduct reasonable and expeditious discovery relating to class certification issues.

March 5, 2007

Ira A. Schochet, *admitted pro hac vice*
Nicole M. Zeiss, *admitted pro hac vice*
Andrei Rado, *admitted pro hac vice*
**LABATON SUCHAROW & RUDOFF LLP**
100 Park Avenue 12th Floor
New York, New York 10017
Telephone:    (212) 907-0700
Facsimile:    (212) 818-0477

*Lead Counsel for Lead Plaintiff and the Class*

March 5, 2007

Michael A. Sands
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

*Attorneys for Defendants*
*Zoran Corporation, Uzia Galil, Levy Gerzberg, Karl*
*Schneider, Raymond A. Burgess, James D. Meindl,*
*James B. Owens, Jr., David Rynne, Arthur B.*
*Stabenow, Camillo Martino and Philip M. Young*

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: March 6, 2007

_____
Honorable _____
United States _____ Judge