IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ZORAN CORPORATION
SECURITIES LITIGATION

No. C 06-04843 WHA

**ORDER REQUESTING
INFORMATION REGARDING
NOTICE OF DIMISSAL**

_____/

Before acting on the motion to dismiss, all counsel shall file separately (and under seal if desired by the declarant) declarations addressing the following. Do not limit yourselves to "knowledge" but include information and belief based on hearsay or otherwise.

1. What is the reason for the dismissal?

2. Has the lead plaintiff or its counsel or anyone connected with them received any consideration, directly or indirectly, to dismiss the case? Before answering, counsel must make inquiry sufficient to provide a reliable answer.

3. Even though notice is not automatically required, should it be required in the circumstances of this case?

Depending on the answers, a hearing may or may not be required.

**IT IS SO ORDERED.**

Dated: March 21, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE