IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ZORAN CORPORATION
SECURITIES LITIGATION

No. C 06-04843 WHA

**ORDER SETTING HEARING RE VOLUNTARY DISMISSAL**

_____/

The Court has received plaintiff's and defendants' declarations regarding voluntary dismissal of the above-captioned action. A hearing will be held on **THURSDAY, MARCH 29, 2007, AT 10:00 A.M.**, to address whether to allow the voluntary dismissal, the need for notice to putative class members, and any potential sanctions or attorney's fees in connection with these circumstances.

The lead plaintiff must attend this hearing in person. Lead plaintiff and lead counsel should be prepared to explain their reasons for dismissing this action. Others who were former lead plaintiff candidates and their counsel are invited to attend the hearing as well.

**IT IS SO ORDERED.**

Dated: March 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE