IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ZORAN CORPORATION
SECURITIES LITIGATION

No. C 06-04843 WHA

**ORDER RE DRAFT PRESS RELEASE**

/

The Court has received the draft press release and finds that it is in accord with the Court's order. The press release should now be disseminated through the same channels as were used for the press release by Stull, Stull, and Brody announcing the pendency of the action. These steps should be taken no later than **FRIDAY, APRIL 6, 2007, AT NOON.**

**IT IS SO ORDERED.**

Dated: April 3, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE