IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ZORAN CORPORATION DERIVATIVE LITIGATION _____/ This Document Relates To: ALL ACTIONS _____/ | No. C 06-05503 WHA  **SECOND AMENDED CASE MANAGEMENT ORDER** |

    The fact discovery and expert report disclosure dates are hereby **MOVED** to **MARCH 14, 2008**. All other dates remain the same.

    **IT IS SO ORDERED.**

Dated: January 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE